# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| MARGARET WILSON, individually and on behalf of a Class of persons similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) ANTHEM HEALTH PLANS OF ) KENTUCKY, INC., ) ) Defendant. ) | Case No.; 3:14-cv-743<br><br>Honorable Thomas B. Russell |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, Margaret Wilson, by and through counsel, hereby moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for the entry of an Order: (i) certifying this action as a class action; (ii) appointing Plaintiff as class representative; and, (iii) appointing Strauss Troy Co., LPA as counsel for the class.

A Memorandum in Support of this Motion and the Declaration of Robert R. Sparks are filed contemporaneously with this Motion.

The 18th day of July, 2016.    Respectfully submitted,

/s/ Robert R. Sparks
Robert R. Sparks (83685)
STRAUSS TROY CO., LPA
150 East Fourth Street
Cincinnati, Ohio 45202
Telephone No.: (513) 621-2120
Facsimile No.: (513) 241-8259
Email: rrsparks@strausstroy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2016, a copy of the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

      /s/ Robert R. Sparks
      Robert R. Sparks

4491081_1