UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARGARET WILSON                                                                                  Plaintiffs

v.                                                                            Civil Action No. 3:14CV-743-RGJ

ANTHEM HEALTH PLANS OF                                                                           Defendant
KENTUCKY, INC.

\* \* \* \* \*

## ORDER

The Court conducted a telephonic status conference in this matter on December 10, 2018, with the following counsel participating:

    For Plaintiff(s):    Robert R. Sparks

    For Defendant(s):    Timothy R. Carwinski

Based on the discussions during the conference, counsel informed the Court that the settlement agreement has been drafted and further edits are currently being completed. The Court being otherwise sufficiently advised, it is hereby **ORDERED** the parties shall jointly file their motion for preliminary approval of the class settlement or a status report **within 45 days of this order.**

Copies to:  Counsel

Time: 10