# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| MARGARET WILSON, individually and on behalf of a Class of persons similarly situated, | Case No.; 3:14-cv-743 |
| Plaintiffs, | Honorable Rebecca Grady Jennings |
| v. | |
| ANTHEM HEALTH PLANS OF KENTUCKY, INC., | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPROVAL OF NOTICE TO THE CLASS, AND SCHEDULING A FINAL FAIRNESS HEARING**

Plaintiff, Margaret Wilson ("Plaintiff"), hereby moves this Court pursuant to F.R.Civ.P. 23(e) for preliminary approval of the parties' proposed Class Settlement, approval of Notice to the Class, and scheduling a final Fairness Hearing. A memorandum in support of this motion is attached hereto.

Date: March 13, 2019.            Respectfully Submitted,

/s/Robert R. Sparks
Robert R. Sparks (83685)
Strauss Troy Co., LPA
150 E. Fourth Street, 4th Floor
Cincinnati, Ohio 45202
Telephone No. : (513) 621-2120
Fax No.: (513) 241-8259
Email: rrsparks@strausstroy.com
*Class Counsel and Attorney for Plaintiff, Margaret Wilson*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2019, a copy of the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

                                          /s/ Robert R. Sparks
                                          Robert R. Sparks